

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00763-CR

David **RODRIGUEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR10410
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Court reporter Mary Beth Sasala has filed a notification of late record requesting an extension of time to file the reporter's record. The extension request is GRANTED. The reporter's record is due on or before **February 17, 2023**.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court